(March 13, 1987)

■ In the Matter of MARY B. McCLAINE, Petitioner, v STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—Application denied, without costs. Petitioner's letter of June 13, 1985 was insufficient to properly commence a proceeding pursuant to Executive Law § 298. In addition, we find no statutory authority to allow petitioner to commence a proceeding pursuant to Executive Law § 298 beyond the 60-day time period specified in the statute.

Cross motion to dismiss proceeding denied as unnecessary, without costs. Kane, J. P., Main, Casey, Levine and Harvey, JJ., concur.

■ In the Matter of ABDEL-JABBAR MALIK, Appellant, v THOMAS A. COUGHLIN, III, as Commissioner of Corrections, Respondent.—Motion for permission to proceed as a poor person on appeal treated as an application, pursuant to CPLR 5704 (a), to review an order of Supreme Court at Special Term which, in effect, denied petitioner's application for an order to show cause to commence a proceeding against respondent pursuant to CPLR article 78. Application denied *(see, Matter of King v Gregorie,* 90 AD2d 922, *lv dismissed* 58 NY2d 822). Mahoney, P. J., Weiss, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.